IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHENGHONG LEI,                    )
FENG YANG,                        )
                                  )              4:06CV3282
          Plaintiffs,             )
                                  )
     v.                           )
                                  )                ORDER
GERARD HEINAUER, Director,        )
Nebraska Service Center, U.S.     )
Citizenship and Immigration       )
Services, EMILIO T. GONZALEZ,     )
Director, U.S. Citizenship        )
and Immigration Services,         )
ALBERTO GONZALES, Attorney        )
General of the United States,     )
MICHAEL CHERTOFF, Secretary,      )
Department of Homeland            )
Security, and ROBERT S.           )
MUELLER III, Director of the      )
Federal Bureau of                 )
Investigation,                    )
                                  )
          Defendants.             )
_____

IT IS ORDERED:

Plaintiffs' motion to dismiss, filing 9, is granted.

DATED this 25th day of January, 2007.

                         BY THE COURT:

                         s/ *David L. Piester*

                         David L. Piester
                         United States Magistrate Judge